UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16-42122 |
| | ) | |
| Deana Brady | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Hearing Date: May 11, 2016 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Hearing Location: 5N |

## MOTION TO EXTEND THE AUTOMATIC STAY AND NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion to Extend Automatic Stay filed by the Debtors is set for hearing before the Honorable Barry S. Schermer in the Thomas F. Eagleton United States Courthouse, 5th Floor, North Courtroom, 111 South 10th Street, Saint Louis, Missouri on May 11, 2016 at 10:00 a.m.

**WARNING: Responses may be filed until the time of the hearing. A copy must be promptly served upon the undersigned. Failure to file a timely response may result in the court granting the relief requested prior to the hearing date.**

COMES NOW Debtor, by counsel, and for this Motion state as follows:

1. Debtors filed the above-captioned case in good faith on March 29, 2016.

2. Debtor previously filed a Chapter 13 case (15-47874) on October 19, 2015 that was dismissed on January 13, 2016 for failure to make plan payments.

3. Debtor was unable to make payments due to loss of income, medical issues and inability to work.

4. Debtor is currently attending school to obtain employment. Debtor has drastically reduced household expenses. Debtor is expecting Social Security payments to resume in the amount of $1730 per month within the next 60 days to help supplement income.

5. Debtor will enter into a wage order when she returns to work.

6. Debtor seeks an extension of the automatic stay pursuant to 11 U.S.C. 362(c)(3)(B) to all creditors.

WHEREFORE, Debtor prays that this Court enter its Order continuing the automatic stay to all parties of interest until further order or discharge is granted.

RESPECTFULLY SUBMITTED
/s/Deanna A. Foley
The Law Office of Andrew Magdy
Deanna A. Foley EDMo #43076MO
MOBar #43076
2702 Macklind Ave.
St. Louis, MO 63139
314-802-8328
314-802-8327 (facsimile)
email: ecf@angelfoley.com

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was served through the Court's ECF system of by regular mail on April 9, 2016 to:

/s/ Deanna A. Foley

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

```
Ameren
PO Box 66529
Saint Louis, MO 63166-6529

AmerenUE
P.O. Box 790352
Saint Louis, MO 63179

Aspire/cb&t
Attn: Cardholder Services
P.O. Box 105555
Atlanta, GA 30348

Bank of America
4301 Hampton Ave.
Saint Louis, MO 63109

Capital One Auto Finance
7933 Preston Rd
Plano, TX 75024

Consumer Collection
Po Box 1839
Maryland Heights, MO 63043

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Diversified Consultant
Dci
Po Box 551268
Jacksonville, FL 32255

Eastern Account System
75 Glen Rd Ste 310
Sandy Hook, CT 06482

Midwest Acce
Po Box 9
Valley Park, MO 63088

Missouri Dept. of Revenue
PO Box 475
Jefferson City, MO 65105

MSD
```

```
MSD
P.O. Box 437
Saint Louis, MO 63166

Quick Cash
3825 S. Kingshighway
Saint Louis, MO 63109

Sigma Sigma Sigma/Eta Chi Chapter
507 E. Rollins
Columbia, MO 65201

SSM St. Mary's Health Center
Patient Accounts
1015 Corporate Square Drive
Saint Louis, MO 63132

St. Louis City Collector of Revenue
1200 Market Street
Room 12
Saint Louis, MO 63103

Title Max
3227 S. Kingshighway
Saint Louis, MO 63139

Verizon Wireless
POB 25505
Lehigh Valley, PA 18002

VSS
1021 Howard George Dr.
Ballwin, MO 63021
```